MAGGIE RICHARDSON v. ZELLA WELCH AND WINIFRED A. FISHEL, GUARDIAN FOR ZELLA C. WELCH.

(Filed 9 June, 1950.)

**Pleadings § 31—**

> Allegations against one who is not a party to an action, and which have no bearing on the plaintiff's right to obtain the relief sought, do not constitute proper pleadings and should, on motion, be stricken therefrom.

APPEAL by defendant, Winifred A. Fishel, Guardian for Zella C. Welch, from *Crisp, Special Judge,* at February Term, 1950, of FORSYTH.

Civil action instituted to recover for services rendered to Zella Welch. Thereafter Zella Welch was adjudged incompetent and Winifred A. Fishel was duly appointed as her Guardian, and made a party defendant.

An amended complaint was filed and the plaintiff alleges that compensation was denied the plaintiff by reason of the improper influence and conduct of the brother of Zella Welch, who is not a party to the action.

The defendant moved to strike these allegations, the motion was denied, and the defendant Guardian appealed, assigning error.

*Geo. W. Braddy for plaintiff.*

*Elledge & Browder for defendant.*

PER CURIAM. Allegations against one who is not a party to an action, and which have no bearing on the plaintiff's right to obtain the relief sought, do not constitute proper pleadings and should, on motion, be stricken therefrom.

The motion to strike, interposed below, should have been granted. The ruling of the court below is

Reversed.